## FIRST DEPARTMENT, OCTOBER, 1941.
### (October 3, 1941.)

BENJAMIN G. BROWDY, Respondent, v. BUSTER BOY SUIT COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN G. BROWDY, Appellant, v. BUSTER BOY SUIT COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARTHUR W. RICHARDSON, Respondent, v. HOLLAND-COLOMBO TRADING SOCIETY, LIMITED, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELECTROLUX CORPORATION, Appellant, v. R. H. MACY & Co., INC., Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HELEN C. M. BLAKESLEE, Appellant, Respondent, v. GEORGE A. BLAKESLEE, Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH H. KRAUS, Respondent, v. ANDRES BARCELO and Others, Copartners, etc., Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE F. SMITH, Suing on Behalf of INDUSTRIAL ACCEPTANCE CORPORATION, for Himself and for the Benefit of All Other Stockholders, Similarly Situated, Who May Come in and Contribute to the Cost of This Action, Respondent, v. STANWOOD G. BRADLEE and Others, Defendants, Impleaded with INDUSTRIAL FINANCE CORPORATION and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the appellants to appear generally and to answer within five days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HOWARD DEVAN and SOPHIE COHEN, Suing on Behalf of Themselves and All Other Stockholders of INDUSTRIAL ACCEPTANCE CORPORATION, Similarly Situated, in the Right and on Behalf of Said INDUSTRIAL ACCEPTANCE CORPORATION and for Its Benefit, Respondents, v. WILLIAM M. BERTLES and Others, Defendants, Impleaded with MORRIS PLAN CORPORATION of AMERICA and Others, Appellants. — Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the appellants to appear generally and to answer within five days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.